```
                    Resident Account Summary            Cpt C. DeWitt
                    Tuesday, July 16, 2013  @13:04

For RID: 00046848    SLEIGHTER, BRADLEY KEITH
------------------------------------------------------------------------------
   Date      Transaction Description           Amount   Balance   Owed    Held   Reference
------------------------------------------------------------------------------
07/15/2013  DEBT        7/3/13  --  31 COPIES    4.00    0.00    87.22   0.00   07/15/2013
07/01/2013  DEBT        6/21/13 -- 100 COPIES   10.90    0.00    83.22   0.00   07/01/2013
07/01/2013  DEBT        6/26/13 --  76 COPIES    8.50    0.00    72.32   0.00   07/01/2013
07/01/2013  DEBT        FULL INDIGENT KIT SUPPLIE 2.71   0.00    63.82   0.00   07/01/2013
06/20/2013  DEBT        VARIOUS COURT DOCUMENTS - 4.90   0.00    61.11   0.00   06/20/2013
06/06/2013  BOOKING FEE BOOKING FEE DUE AT CONVER 11.74  0.00    56.21   0.00   06/06/2013
06/06/2013  MEDICAL     MEDICAL DUE AT CONVERSION 33.00  0.00    44.47   0.00   06/06/2013
06/06/2013  DEBT        DEBT DUE AT CONVERSION   11.47   0.00    11.47   0.00   06/06/2013
```

Keefe Activity

D2B-08

FILED - GR
August 15, 2013 9:56 AM
TRACEY CORDES, CLERK
U S DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY _ald_/____ SCANNED BY ns 8/15

Case No. 1:13-cv-0847

## Supplement to Financial Affidavit

1. This document is to supplement docket number 2, entered 8-8-2013.

Date Submitted: August 13, 2013

Bradley K. Sleighter
Bradley K. Sleighter
Plaintiff.

Page 1