UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| BRADLEY KEITH SLEIGHTER ) | | |
| Plaintiff, ) | | |
| ) | No. 1:13-cv-847 | |
| -v- ) | | |
| ) | HONORABLE PAUL L. MALONEY | |
| RANDY DEMORY, ) | | |
| Defendant. ) | | |
| ) | | |

## JUDGMENT

Having dismissed all claims in the complaint, as required by Rule 58 of the Federal Rule of Civil Procedure, **JUDGMENT** enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   December 3, 2014                        /s/ Paul L. Maloney
                                                Paul L. Maloney
                                                Chief United States District Judge